## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:12CR330 |
| vs. | ) | |
| | ) | ORDER |
| RUFINA GARCIA-RODRIGUEZ, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's UNOPPOSED MOTION TO EXTEND PRETRIAL MOTION DEADLINE [18]. For good cause shown, I find that the motion should be granted. The defendant will be given an approximate 19-day extension. Pretrial Motions shall be filed by January 14, 2013.

**IT IS ORDERED:**

1. Defendant's UNOPPOSED MOTION TO EXTEND PRETRIAL MOTION DEADLINE [18] is granted. Pretrial motions shall be filed on or before **January 14, 2013.**

2. The defendant is ordered to file a waiver of speedy trial as soon as practicable.

3. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., **the time between December 24, 2012 and January 14, 2013**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel required additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

**DATED this 26th day of December, 2012.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**